UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

JEAN OWENS, as Administrator of the
Estate of David H. Owens (Deceased)

    Plaintiff,

-against-

BARRY ROLLINS, SR. both individually
and as Highway Superintendent of THE
TOWN OF ENFIELD, and, TOWN OF
ENFIELD,

    Defendants.

Docket No.: 5:13-cv-00311 (FJS/DEP)

---

## STIPULATION OF DISCONTINUANCE

---

*IT IS HEREBY STIPULATED AND AGREED*, by and between the undersigned, the plaintiff and attorneys of record for the defendant to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued against the defendants on the merits, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: April 18, 2014

SCHLATHER, STUMBAR, PARKS
AND SALK, PLLC

By: _____
JACOB P. MCNAMARA, Esq.
Bar Roll No.: 518140
Attorneys for Plaintiff
200 East Buffalo Street
P.O. Box 353

Dated: April 18, 2014

BURKE, SCOLAMIERO, MORTATI &
HURD, LLP

By: _____
AMANDA C. SHERMAN, Esq.
Bar Roll No.: 518026
Attorneys for Defendant
7 Washington Square
P.O. Box 15085

{A0271592.1}

Ithaca, NY 14851
T: (607)273-2202 ext. 23
F: (607)273-4436
Email: jake@ithacalaw.com

Albany, NY 12212
T: (518)862-1386
F: (518)862-1393
Email: asherman@bsmhlawfirm.com

IT IS SO ORDERED

_[signature]_
Hon. Frederick J. Scullin, Jr.
Dated: April 22, 2014
Syracuse, New York